ACCEPTED
06-16-00034-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/29/2016 11:25:45 AM
DEBBIE AUTREY
CLERK

CAUSE NO. 06-16-00034-CV

| | | |
|---|---|---|
| **WAYNE E. FREEMAN, et al,** | § | **IN THE SIXTH COURT** |
| *Appellants* | § | FILED IN<br>6th COURT OF APPEALS<br>TEXARKANA, TEXAS |
| | § | |
| **V.** | § | **OF APPEALS OF** 6/29/2016 11:25:45 AM<br>DEBBIE AUTREY |
| | § | Clerk |
| **HARLETON OIL & GAS, INC.,** | § | |
| *Appellee* | § | **THE STATE OF TEXAS** |

## APPELLANT FREEMAN'S MOTION TO EXTEND TIME TO FILE THE BRIEF

Appellants, Wayne E. Freeman, Freeman Resources, Ltd., and FRM GP, LLC,

(Appellant Freeman), request that the court extend time to file their brief.

### A. Introduction

1.      Wayne E. Freeman, Freeman Resources, Ltd., and FRM GP, LLC are

Appellants (Appellant Freeman). Harleton Oil & Gas, Inc. is the Appellee.

2.      Appellant Freeman's brief is currently due on July 11, 2016 and

Appellant Freeman requests an extension until Wednesday, August 10, 2016.

### B. Argument and Authorities

3.      The court may extend time to file the brief under the authority of Texas

Rule of Appellate Procedure 38.6(d).  No rule limits the time within which to file this

motion to extend.  *See* e.g Tex. R. App. P.  38.6(d).

4.      Appellant's brief is currently due on July 11, 2016.  *See* Tex. R. App. Pro.

38.6(a).

5.      Appellant now requests an additional thirty (30) days to file Appellant

Freeman's brief, extending the time until August 10, 2016.

6.      No prior extensions have been granted to Appellant Freeman to extend time to file Appellant Freeman's Brief.

7.      Appellant Freeman requests additional time to file its brief because Appellant's counsel received the complete appellate record on June 22, 2016. Thus, Counsel only had a total of 19 days, and 12 business business days(which excludes July 4) to read the appellate record, research the legal issues and draft the brief. During that interim period, Counsel had numerous other legal matters to address. Additionally, the appeal involves numerous parties, a large record and multiple legal issues. These issues must be researched, considered and drafted, then the brief finalized and filed. However, the remaining time period is insufficient to do so. Finally, Appellant's counsel is currently appellate counsel on six currently pending appeals in this Court and numerous other legal issues. Accordingly, Appellant's counsel requests an additional thirty days.

8.      Appellee's counsel was contacted and does not oppose the motion.

## C. Prayer

9.      For these reasons, Appellant asks the Court to grant an extension of time to file its brief in this cause to Wednesday, August 10, 2016, and for such other and further relief to which it may be entitled.

Respectfully submitted,

*Miller, James, Miller & Hornsby, L.L.P.*

By:_____
      Troy Hornsby
      Texas State Bar Number 00790919

1725 Galleria Oaks Drive
Texarkana, Texas 75503
troy.hornsby@gmail.com
903.794.2711; f. 903.792.1276

Richard S. Krumholz
Barton Wayne Cox
Nicholas Hendrix
*Norton Rose Fulbright US, LLP*
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201

Attorney for Wayne E. Freeman, Freeman
Resources, Ltd. and FRM GP, LLC

## CERTIFICATE OF CONFERENCE

This is to certify that pursuant to Texas Rule of Appellate Procedure 10.1(a)(5), Appellant Freeman's counsel conferred with Greg Smith, Harleton's counsel, who was not opposed to the motion.

_____
Troy Hornsby

## CERTIFICATE OF SERVICE

This is to certify that on June 29, 2016, a true and correct copy of the above and foregoing *Appellant's Motion to Extend Time to File the Brief* has been forwarded by U.S. mail on all counsel of record listed below.

**Attorneys for Defendants Frank M. Bufkin, III, Buffco Production, Inc. and Twin Resources, LLC**
John H. Boswell
*Boswell & Hallmark, PC*
908 Town & Country Blvd., Suite 200
Houston, Texas 77024
john@johnboswelllaw.com

Gene F. Creely, II
*Creely Law Firm PLLC*
620 West Alabama Street
Houston, Texas 77006
gcreely@creelylaw.com

John R. Mercy
*Mercy Carter Tidwell LLP*
1724 Galleria Oaks Drive
Texarkana, Texas 75503
jmercy@texarkanalawyers.com

**Counsel for Plaintiff Harleton Oil & Gas Inc.**
Brent Howard
*Howard & Davis*
100 E. Ferguson Street, Suite 1200
Tyler, Texas 75702

Robert W. Lee
121 S. Broadway, Suite 668
Tyler, Texas 75702

Greg Smith
*Ramey & Flock, P.C.*
100 East Ferguson, Suite 500
Tyler, Texas 75702

**Counsel for Chesapeake Louisiana, L.P. and Chesapeake Operating, Inc.**
Jesse R. Pierce
Brian K. Tully
*Pierce & O'Neill, LLP*
4203 Montrose Boulevard
Houston, Texas 77006

Collin Maloney
*Ireland, Carroll & Kelley, P.C.*
6101 South Broadway, Suite 500
Tyler, Texas 75703

Troy Hornsby